UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Adam Chasteen,
    Plaintiff

v.                          Case No.   1:09-cv-413

Wanza Jackson, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed December 7, 2009 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as follows:

1) Plaintiff's motions to amend the complaint (Docs. 7 & 18) are **GRANTED**;

2) Plaintiff's motion for default judgment (Doc. 10) is **DENIED**, and Plaintiff's motion for a ruling on the motion for default judgment (Doc. 16) is **DENIED** as **MOOT**; and

3) Defendant's motion to dismiss (Doc. 11) is **DENIED** as **MOOT**, subject to

refiling after plaintiff files his amended complaint.

Plaintiff's amended complaint is to be filed no later than February 8, 2010.

**SO ORDERED**.

Date: January 6, 2010                                s/Sandra S. Beckwith
                                                     Sandra S. Beckwith, Senior Judge
                                                     United States District Court